UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SIERA YOUNG )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>NAVY FEDERAL CREDIT UNION )<br>        Defendant ) | **JUDGMENT**<br>7:22-CV-205-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 5, 2023, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted.

**This Judgment Filed and Entered on October 5, 2023, and Copies To:**
Siera Young (via U.S. Mail) 1102 Kudzu Street, Durham, NC 27713
Bryan G. Scott (via CM/ECF Notice of Electronic Filing)

October 5, 2023                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk